ORIGINAL

David W. Knotts, ISB No. 3627
Amy G. Zavidow, ISB No. 8714
CAREY PERKINS LLP
Capitol Park Plaza
300 North 6th Street, Suite 200
P. O. Box 519
Boise, Idaho 83701
Telephone: (208) 345-8600
Facsimile: (208) 345-8660
dwknotts@careypkerins.com
agzavidow@careyperkins.com

U.S. COURTS

DEC 2 6 2012

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

Attorneys for Defendant
    Scottsdale Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROSALINDA HARN, by Michael Colin Harn, Court Appointed Guardian for Rosalinda Harn,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY and JOHN DOES I THROUGH X whose true identities are unknown,<br><br>Defendants. | 12-633-S-EJL<br><br>Case No.<br><br>NOTICE OF REMOVAL |

TO:     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

    The Defendant Scottsdale Insurance Company (hereinafter "Defendant"), respectfully alleges as follows:

NOTICE OF REMOVAL - 1

1.      This Notice of Removal is filed pursuant to 28 U.S.C. § 1446(a) and (b) for the purpose of removing this action from the District Court of the Fourth Judicial District of the State of Idaho for the County of Ada.

2.      Plaintiff sent a Summons and a copy of the Complaint to the Defendant's statutory agent on November 29, 2012. This action was brought in the District Court of the Fourth Judicial District of the State of Idaho for the County of Ada and assigned case number CV OC 1215938. Originally the action included as a Defendant Nationwide Mutual Insurance Company (Nationwide). Plaintiff subsequently filed a Notice of Voluntary Dismissal of Nationwide and an Amended Complaint. A true and correct copy of the entire state court record and a copy of the case history for this action are attached hereto as Exhibit A. The District Court of the Fourth Judicial District of the State of Idaho for the County of Ada, is located within the jurisdiction of the United States District Court for the District of Idaho.

3.      Defendant has not yet answered or otherwise responded to Plaintiff's Complaint or Amended Complaint and, in accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt by Defendant of a copy of the Summons and original Complaint. Upon information and belief, no other pleadings or papers have been filed in this action with exception of the above-referenced Amended Complaint filed by the Plaintiff and a Notice of Voluntary Dismissal of Defendant Nationwide Mutual Insurance Company d.b.a. Nationwide filed by the Plaintiff, copies of which are included in the complete state court record, attached hereto as Exhibit A, and a Notice of Removal to Federal Court, a copy of which is attached as Exhibit B.

NOTICE OF REMOVAL - 2

4. Case No. CV OC 1215938 is a civil action in which Plaintiff seeks to recover against Defendant for alleged breach of contract, the tort of bad faith, costs and attorney fees.

5. Removal of this action is proper, pursuant to 28 U.S.C. § 1332, as the amount in controversy exceeds $75,000.00, and there is complete diversity of citizenship between Plaintiff and Defendant. Upon information and belief, Plaintiff is a citizen of the State of Idaho. Defendant Scottsdale Insurance Company is an Ohio corporation with its principal place of business in Arizona. A true and correct copy of the Surplus Line Association of California's business profile for Scottsdale Insurance Company, identifying Scottsdale, Arizona as Scottsdale Insurance Company's principal place of business, is attached hereto as Exhibit C. A true and correct copy of the Ohio Secretary of State's Corporation Details record for Scottsdale Insurance Company, identifying Ohio as Scottsdale Insurance Company's state of incorporation, is attached hereto as Exhibit D.

6. The amount in controversy exceeds the $75,000 jurisdictional requirement for a diversity action. Plaintiff's Amended Complaint states that Spectra Productions, Inc. assigned its causes of action against Defendant to Plaintiff. Plaintiff alleges that she and Spectra Productions, Inc. settled her tort claims, allegedly covered by the insurance policy at issue, for $306,451.61. Because Plaintiff's claims are based on her assigned right from Spectra Productions Inc. to recover insurance payments for the value of her claims against Spectra Productions Inc., along with fees and costs, the face of the Amended Complaint shows that the jurisdictional requirement is met.

7. Pursuant to 28 U.S.C. § 1446(a), (b) and (d), this state court action which was commenced in the District Court of the Fourth Judicial District of the State of

NOTICE OF REMOVAL - 3

Idaho for the County of Ada may be removed to the United States District Court for the District of Idaho.

        8.    Proper notice will be given this date to Plaintiff herein, by and through their counsel of record, and to the Clerk of the District Court of the Fourth Judicial District of the State of Idaho for the County of Ada; a true and correct copy of the notice is attached hereto as Exhibit B and, by this reference, incorporated herein as if set forth in full.

WHEREFORE, Defendant prays that the above-entitled action pending against them in the District Court of the Fourth Judicial District of the State of Idaho for the County of Ada, be removed to this Court.

DATED this 21st day of December, 2012.

                                            CAREY PERKINS LLP

                                            By_____
                                              David W. Knotts, Of the Firm
                                              ISB No. 3627
                                              (208) 345-8600
                                              Attorneys for Defendant Scottsdale Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of December, 2012, I served a true and correct copy of the foregoing NOTICE OF REMOVAL by delivering the same to each of the following, by the method indicated below, addressed as follows:

| | |
|---|---|
| Wm. Breck Seiniger, Jr.<br>Seiniger Law Offices, P.A.<br>942 Myrtle Street<br>Boise, Idaho 83702<br>Telephone: (208) 345-1000<br>*Attorneys for Plaintiff* | [X]  U.S. Mail, postage prepaid<br>[ ]  Hand-Delivered<br>[ ]  Overnight Mail<br>[ ]  Facsimile (208) 345-4700<br>[ ]  Email: wbs@seinigerlaw.com |

_____
David W. Knotts, ISB No. 3627
Attorneys for Defendant

NOTICE OF REMOVAL - 5