# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| ROSALINDA HARN, by Michael Colin Harn, Court Appointed Guardian for Rosalinda Harn,<br><br>   Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY and JOHN DOES I THROUGH X whose true identities are unknown,<br><br>   Defendants. | Case No.: 1:12-cv-00633-REB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court has before it the parties' Stipulation for Dismissal with Prejudice (Docket No. 107). Good cause appearing, the Court enters the following:

IT IS HEREBY ORDERED:

1. The parties' Stipulation for Dismissal with Prejudice is GRANTED/ADOPTED, and this case is dismissed, with prejudice, with each party bearing its own costs and attorneys' fees.

2. The Court will issue a separate judgment in accordance with FRCP 58.



DATED: **November 13, 2015**

Honorable Ronald E. Bush
Chief U. S. Magistrate Judge

**ORDER OF DISMISSAL WITH PREJUDICE - 1**