# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| ROSALINDA HARN, by Michael Colin Harn, Court Appointed Guardian for Rosalinda Harn,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY and JOHN DOES I THROUGH X whose true identities are unknown,<br><br>　　　　Defendants. | Case No.: 1:12-cv-00633-REB<br><br>**JUDGMENT** |

In accordance with the Order issued concurrently herewith,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered and that this case be dismissed in its entirety, with prejudice, with each party bearing its own costs and attorneys' fees.

DATED:  **November 13, 2015**

_____
Honorable Ronald E. Bush
Chief U. S. Magistrate Judge

**JUDGMENT - 1**